UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERMAINE S. EWING, | ) |
| Petitioner, | ) |
| v. | ) No. 4:12CV1201 AGF |
| IAN WALLACE, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Before the Court is petitioner's motion to set aside the judgment. The instant proceeding is a closed civil matter wherein petitioner applied for a petition for writ of habeas corpus. Having reviewed petitioner's motion in its entirety and finding it not well-taken,

**IT IS HEREBY ORDERED** that petitioner's motion to set aside the judgment [Doc. #14] is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

**IT IS FURTHER ORDERED** that petitioner will not be allowed to file any additional motions in this closed case.

Dated this 10th day of January, 2013.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE